NO. 07-09-0115-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 25, 2009
_____

JAMES WARREN BRIGHT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 16,336; HONORABLE KELLY G. MOORE, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Pending before this court is appellant's motion to dismiss the appeal of his underlying case brought under Chapter 64 of the Code of Criminal Procedure. Tex. Code Crim. Proc. Ann. articles 64.01-64.05 (Vernon 2006 & Supp. 2009). Appellant, appearing *pro se*, signed the motion. Tex. R. App. P. 42.2(a). No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.